# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ELESHA NICOLE YOUNG §
§
v. §   CIVIL ACTION NO. 4:25-CV-00676-
§   ALM-AGD
GREYSTAR REAL ESTATE §
PARTNERS, LLC, et al. §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2026, the Report of the Magistrate Judge, (Dkt. #11), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion to Proceed *in Forma Pauperis* (Dkt. #3) and Plaintiff's Motion to Expedite Consideration of First Amended Complaint (Dkt. #9) be denied as moot and Plaintiff's lawsuit be dismissed with prejudice as to the Judicial Defendants, Judge Mike Oglesby, Judge Robert C. Ramirez, and Constable Matthew Harmuth, and dismissed without prejudice as to Greystar Real Estate Partners, LLC and Abisay Davila.

Having received the Report of the United States Magistrate Judge (Dkt. #11), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion to Proceed *in Forma Pauperis* (Dkt. #3) and Plaintiff's Motion to Expedite Consideration of First Amended Complaint (Dkt. #9) are **DENIED AS MOOT** and Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE** as to the

Judicial Defendants, Judge Mike Oglesby, Judge Robert C. Ramirez, and Constable Matthew Harmuth, and **DISMISSED WITHOUT PREJUDICE** as to Greystar Real Estate Partners, LLC and Abisay Davila.

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 24th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2